DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD R. CZERWINSKI,**
Appellant,

v.

**MALGORZATA BOCHNAK** as Personal Representative of the
**ESTATE OF RICHARD CZERWINSKI**,
Appellee.

No. 4D21-3427

[March 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE16-21599.

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellant.

Ronald A. Luzim of the Law Offices of Ronald A. Luzim, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***